Brignoni, Demandante y Apelado, *v.* Porto Rico Railway Light & Power Company, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de Humacao en pleito sobre daños y perjuicios, memorándum de costas.

No. 2621.—Resuelto en mayo 1, 1922, por los fundamentos del caso No. 2622 *García* v. *Porto Rico Railway Light & Power Company,* de mayo 1, 1922.

Abogados del apelante: *Sres J. H. Brown* y *C. Ruiz.*
Abogado del apelado: *Sr. A. Aponte.*

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Franco Soto.

El Juez Asociado Sr. Hutchison firmó: "Conforme con la sentencia."